UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

THE NEW YORK TIMES COMPANY
and MATTHEW ROSENBERG

                              Plaintiffs,     :     17 Civ. 6354 (ALC)

          - against -

CENTRAL INTELLIGENCE AGENCY,

                              Defendant.

---------------------------------------------------------------X

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that The New York Times Company and Matthew Rosenberg hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered in this action on June 29, 2018 (Docket #23), granting Defendant's Motion for Summary Judgment and denying Plaintiffs' Motion for Summary Judgment.

Dated: New York, New York
         July 18, 2018

Respectfully submitted,

_/s/ David E. McCraw_

David E. McCraw
Legal Department
The New York Times Company
620 8th Avenue, 13th Floor
New York, NY 10018
phone: (212) 556-4031
e-mail: mccraw@nytimes.com
*Counsel for Plaintiffs*

TO:

Stephen Cha-Kim, AUSA
U.S. Attorney's Office
Southern District of New York
86 Chambers St.
New York, NY 10007
*Counsel for Defendant*